

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

August 30, 2018

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*SO ORDERED*
*The sentencing is adjourned to December 5, 2018 at 10:00 a.m.*
/s/ George B. Daniels
HON. GEORGE B. DANIELS

SEP 0 4 2018

> Re:   *United States v. Julia Vivi Wang*,
>       16 Cr. 495 (GBD)

Dear Judge Daniels:

    With consent of the defendant in the above-captioned matter, the Government respectfully writes to request that the control date for the sentencing of the defendant, presently scheduled for September 5, 2018, be adjourned for three months. Prior to the new control date, the Government will advise the Court whether a true sentencing date should be scheduled and the matter referred to the Probation Office for the preparation of a presentence report.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:   s/ Daniel C. Richenthal
    Daniel C. Richenthal
    Janis M. Echenberg
    Douglas S. Zolkind
    Assistant United States Attorneys
    (212) 637-2109/2597/2418

    SANDRA MOSER
    Acting Chief, Fraud Section
    Criminal Division

By:   s/ David A. Last
    David A. Last
    Trial Attorney
    (202) 616-5651