**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

JULIA VIVI WANG,

                           Defendant.

------------------------------------x

ORDER

16 Crim. 495 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's motion for early termination of supervised release (ECF No. 81) is GRANTED.

Dated: New York, New York
      June 30, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge